FILED
IN CLERK'S OFFICE

2004 NOV 29 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

In the United States District Court of ~~Massachusetts~~ At BOSTON, Massachusetts

| AMANDA U. AJULUCHUKU,<br><br>Plaintiff,<br>Vs.<br>UNIVERSITY OF MASSACHUSETTS DARTMOUTH<br>Defendant. | **COMPLAINT**<br>Personal Injury/Discrimination based upon color and disability, including Breach of Contract |
|---|---|

### A). NAME AND ADDRESS OF PLAINTIFF AND DEFENDANT

*Resending this complaint via certified mail on November 22, 2004*
*Previously sent via first class mail on November 15, 2004*

Amanda U. Ajuluchuku
P.O. Box 534
Seattle, WA 98111
Phone (206) 228-8852

November 15, 2004

University of Massachusetts Dartmouth
285 Old Westport Road
North Dartmouth, MA 02747
Phone (508) 999-8000
Attention: Provost's and Chancellor's Office/Legal Department

## B). JURISDICTION

All discriminatory practices occurred in Massachusetts from October 2003 through November 2003. However, I am now a Washington State resident. In January 2004, I relocated to Washington State.

## C). FACTS OF THE CASE (ALLEGATIONS)

1). On June 20, 2003, a day before my birthday (June 21), I signed a housing contract with University of Massachusetts Dartmouth. My son, Justus Jason Ajuluchuku (17 years old) also had a housing contract with University of Massachusetts. Due to discriminatory practices in Maryland, he was prevented from traveling with me to Massachusetts.

2). My son and I reserved two dorm rooms with Jennifer Letendre, the resident director. My son and I were scheduled to attend summer school at University of Massachusetts Dartmouth and Southern New England School of Law in North Dartmouth. After summer school, we were hoping to proceed to the Fall 2003 semester in both University of Massachusetts Dartmouth and Southern New England School of Law in North Dartmouth. Southern New England School of Law house their first year law students at University of Massachusetts. Before arriving in Massachusetts, I completed the Financial Aid package. I sent my 1040 tax returns to the school. My son and I were given two dorm rooms at University of Massachusetts.

3). I attended the summer school (Torts) from June 2003 through July 2003. However, I was not accepted into the law school for Fall 2003. Dean Robert Ward, Jr. cited my low LSAT score. He urged me to reapply the following year. When I found out that Morgan State University had deliberately sent my son's transcript of four Fs and one D to Law School Admissions Council (LSAC) in June 2003, I tried to contest my October 2002 LSAT results, LSAC declined. They explained that I had not met the sixty days' deadline. I sat for the October 2002 LSAT in Maryland at University of Maryland Baltimore County (UMBC).

4). I capitalized on the fact that I was already at University of Massachusetts Dartmouth. I applied to their MBA/Graduate Certificate of Management. I was accepted. Again, I completed the financial aid with University of Massachusetts Dartmouth. Fortunately, the Graduate Certificate of Management/MBA proved to be less expensive than the law school. As a graduate student, I was entitled to receive $18,500.00 a year since I was not working. Tuition, room and board for the entire year at University of Massachusetts Dartmouth was less than $12,000.00. The Financial Aid Office told me when I turned in my 2002 1040 tax return that I would

receive the difference (more than $3,250.00 a semester or $6,500.00 for the two semesters) in October 2003 and February 2004) for living expenses. I received my financial aid within a month when I was a graduate student at National University in California from 1994 through 1995 via Citibank. National University was aware of my disability. They complied with the law.

5). <u>When I was a baby, I fell down a flight of stairs. I injured my brain in the process. As a consequence, I lack motor skills. Playing the piano at age six rewired my brain and accorded me minimal motor skills. I have recurring short-term memory loss, dizziness, cold chills, fainting spells, and headaches.</u>

6). I received headaches, stress, and injuries from both William Mitchell, Associate Vice Chancellor of Finance and John Wichsler, Director of Housing and Residential Life. They put me through hell. I told them about my disability. But they denied me access to financial aid. They summoned me at a moment's notice to their offices. Sometimes, they were not present. They made a career of leaving messages on my dorm telephone number and dorm rooms. It did not matter if it were midnight. They slipped stuffed envelopes through the door of my dorm room. They threatened me with eviction, police, lockout, and withdrawal from all classes and food.

7). At one point, William Mitchell summoned me again to his office. He was not present. However, his office was unlocked. There was absolutely nothing in his office. All his furniture and belongings had suddenly vanished. I inquired about him from several people. They were unable to give me an explanation. A few days later, I was summoned again to his office. I found him, his belongings and another colleague in the same office.

8). I fell several times on my way to their offices. Both men refused to lift a finger to help me. I also sought help at the Chancellor's and Provost's Offices. Their assistants told me that they were busy with meetings. William Mitchell added insult to injury. He promised that I would not succeed with either the Chancellor or the Provost because his decision was final.

9). On October 16, 2003, William Mitchell vowed that he would withdraw me from all my classes (Financial Accounting and Marketing) and cancel my meal plan
if I did not leave or come up with the money by October 31, 2003. I immediately went to his office to tell him about the financial aid in place. I also told him that my father had died on October 7, 2003. I told him that I was in mourning. He did not offer any condolences. Instead, he threatened me with the Police. I gave him proof of my citizenship. I had applied for a passport. The passport office had not issued it. I was an A student in both classes. Both of my professors, Dr. Frederick Jones and Dr. Steven White pleaded with William Mitchell to allow me to finish the semester. But his refusal was adamant, extreme, and ironclad.

10). William Mitchell was unstoppable. In November 2003, he canceled my meal plan. I was deprived of food for many weeks. Not to mention that I was also penniless. He still refused to grant me financial aid.

11). In November 2003, both William Mitchell and John Wischler changed the lock on my dorm room. Consequently, I became homeless. Again, I was threatened with Police. They breached my contract with University of Massachusetts.

12). I took refuge in South Station, Logan International Airport, and some hotels in Boston. I traveled via bus to Boston. I stored away my belongings at U-Haul in New Bedford, a stone throw from North Dartmouth.

13). Boston has good public transportation as opposed to North Dartmouth. I registered with Accounting agencies. I volunteered at Special Olympics International in Brockton, Massachusetts. However, I became very sick due to my homelessness. Boston is a very cold city. I threw up at Logan International Airport and South Station. My blood pressure rose to alarming heights.

14). In December 2003, I met my fiancé at South Station in Boston. He was born and raised in Boston. He took a leave from his Department of Defense to visit his ailing

mother. He fell madly in love with me. On January 1, 2004, he proposed marriage. On January 7, 2004, he flew me from Boston to Washington for marriage on a one-way ticket (ATA)

15).  In June 2004, I donated all my belongings in the U-Haul storage to all the under-privileged children in Massachusetts. I would like to use the proceeds of this lawsuit for under-privileged children globally, law school, and my son's education.

### D). PRAYER FOR RELIEF

I would like the court to do something. Please do not condone the discriminatory practices of William Mitchell and John Wischler. Both men are not black. They intentionally discriminated against me. They violated laws, as well as breach our contract. I became homeless and penniless. I was entitled to financial aid. I am an American citizen. "America is a free country for all" (President Jefferson, 1776). "I hope that someday, everyone will be judged by the content of their character and not by the color of their skin" (Dr. Martin Luther King, Jr., 1968). According to the Civil Rights Act 1964, University of Massachusetts Dartmouth is liable. Both men should face disciplinary action for their misconduct, misdoing, and misbehavior.

I suffered extreme emotional distress at the hands of William Mitchell and John Wischler. They showed neither compassion nor remorse for my plight. My personal injuries include headaches, stomach aches, ulcers, vomiting, dizziness, short-term memory loss, falls, humiliation, embarrassment, anger, fury, anxiety, cold chills, disappointment, and, high blood pressure. According to the American Disability Act 12101 et seq., no disabled person should be denied access to financial aid. Therefore, University of Massachusetts Dartmouth is liable.

According to Chapter VI (73 AND 74) of the consequences of Breach of Contract, University of Massachusetts Dartmouth is liable. Your honor, you have the power to determine the amount since none is stipulated in the contract.

Finally, I would like the court to order University of Massachusetts to send my transcript to LSAC and me. I was a straight A student. However, William Mitchell hated the fact that I was performing above par in my two graduate classes. Both Drs. Jones and White recommended me for law school. Their letters of recommendation are registered with LSAC. Your honor, granting me $1,000,000,000.00 (one billion dollars) for compensatory and punitive damages is a matter of law.



Amanda U. Ajuluchuku (Pro Se)

Encl.  Evidential matter to be submitted later

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM