## In the United States District Court of Massachusetts

| | |
|---|---|
| AMANDA U. AJULUCHUKU,<br><br>                    Plaintiff,<br>Vs.<br><br>University of Massachusetts, Defendant | No: 1:04-CV-12473DPW<br><u>Supplement to Complaint/Request for Login and Password for Electronic Case Filing</u><br>Note on Motion Calendar<br>January 21, 2005<br>Discrimination based upon disability,<br>Classified as "Other Civil Rights on the<br>U.S. District Court Cover Sheet<br>Violation of the American Disability Act<br>12101 et seq. and Civil Rights Act 1964 |

To Judge Douglas Woodlock

Amanda U. Ajuluchuku
4240 Boulder Hwy. #3204
Las Vegas, NV 89121

January 3, 2005

Dear Judge Douglas Woodlock:

    I would like to supplement the complaint because I am now realizing that the United States District Court only handles lawsuits pertaining to violation of the Civil Rights Acts. In 2003 University of Massachusetts changed the lock on my door room, threatened me with police several times, deprived me of food when they cancelled my meal plan, barred me from my classes despite the fact that I was an A student

1:04-CV-12473 DPW

in both of the graduate classes, and denied me financial aid. Consequently, I became homeless and suffered severe emotional distress. University of Massachusetts preyed upon my disability. They violated my civil rights (Civil Rights Act 1964 under 42 USC 2000 and the American Disability Act 12101 et seq. under 42 USC 12188. I have submitted to the court evidence of the housing contract, acceptance letter, and threatening letter from William Mitchell and John Wishcler.

Your Honor, I would like to request your permission to be able to file court documents electronically. It would benefit all parties, especially the court. I am able to view documents electronically. I have the pacer login and password. However, I do not have the power of attorney to file my court documents electronically. I have several pending cases with United States District Court of Massachusetts (Bank of America, UHaul of Massachusetts, and University of Massachusetts).

Thank you, Your Honor. I pray that you would issue the summons to serve University of Massachusetts ~~Bank of America~~ for violating my civil rights.

Amanda U. Ajuluchuku (Pro Se)

AMANDA U. AJULUCHUKU
4240 BOULDER HWY, #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM