FILED
IN CLERKS OFFICE
2005 JAN 27 P 2: 06
U.S. DISTRICT COURT
DISTRICT OF MASS

SCANNED
DATE: 2/1/05
BY: DH

In the United States District Court of Massachusetts

| AMANDA U. AJULUCHUKU, Plaintiff, Vs. University of Massachusetts, Defendant | No: 1:04-CV-12473DPW **MOTION** Renoting on Motion Calendar February 4, 2005 Discrimination based upon disability, Classified as "Other Civil Rights on the U.S. District Court Cover Sheet Violation of the American Disability Act 12101 et seq. and Civil Rights Act 1964 |
|---|---|

To Clerk of the Court

Amanda U. Ajuluchuku
4240 Boulder Hwy.
Las Vegas, NV 89121       *New address A A*
Phone (702) 505-5745

January 18, 2005

Dear Judge Douglas Woodlock:

    I would like to supplement the complaint because I am now realizing that the United States District Court only handles lawsuits pertaining to violation of the Civil Rights Acts. In 2003 University of Massachusetts changed the lock on my door room,

threatened me with police several times, deprived me of food when they cancelled my meal plan, barred me from my classes despite the fact that I was an A student in both of the graduate classes, and denied me financial aid. Consequently, I became homeless and suffered severe emotional distress. University of Massachusetts preyed upon my disability. They violated my civil rights (Civil Rights Act 1964 under 42 USC 2000 and the American Disability Act 12101 et seq. under 42 USC 12188. I have submitted to the court evidence of the housing contract, acceptance letter, and threatening letter from William Mitchell and John Wiscler.

Your Honor, I sent more than two court documents to the attention of Marie Bell and Richard Nici via first class US mail and certificate of mailing. I indicated my return address. I noted on your calendar January 21, 2005 for you to consider the supplement complaint. However, none of the court documents made their way to the court. None of them was returned to me. Hence, I am sending this court document via certified mail to ensure delivery. I am still in dire financial need. On December 25, 2004, I relocated to Las Vegas, Nevada in pursuit of accounting jobs, a stress-free environment, and law school. I have registered with four accounting agencies. I have not yet found either a temporary or permanent assignment. On January 14, 2005, I applied to University of Nevada, Las Vegas school of law (William Boyd). In April 2005, they will respond. Most importantly, my blood pressure has returned to normal since leaving Washington. I underwent emotional distress and economic hardship in Washington.

Again, I have noted February 4, 2005 on your calendar. I received a letter from you advising me to prove the jurisdiction of this court. Again, University of Massachusetts violated both the American Disability Act 12101 et seq. and Civil Rights Act 1964. I have reclassified it as "Other Civil Rights."

Thank you, Your Honor. I pray that you would issue me the summons to serve University of Massachusetts.

s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

AMANDA U. AJULUCHUKU
4240 BOULDER HWY. #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM