FILED
IN CLERKS OFFICE

2005 JAN 27 P 2: 06

U.S. DISTRICT COURT
DISTRICT OF MASS

SCANNED
DATE: 2/1/05
BY: DtL

In the United States District Court of Massachusetts

| | |
|---|---|
| AMANDA U. AJULUCHUKU,<br><br>Plaintiff,<br>Vs.<br><br>UHaul of Massachusetts, Defendant | No: C.A. No. 04-12542-WGY<br>**MOTION for Reconsideration**<br>Renoting on Motion Calendar<br>February 4, 2005<br>Discrimination based upon disability,<br>Reclassified as "Other Civil Rights on the<br>U.S. District Court Cover Sheet<br>Violation of the American Disability Act<br>12101 et seq. and Civil Rights Act 1964 |

To the Clerk of the Court

Amanda U. Ajuluchuku
4240 Boulder Hwy. #3204      New address A.A
Las Vegas, NV 89121
Phone (702) 505-5745

January 18, 2005

Dear Chief Judge William G. Young:

   Your Honor, I am now realizing that the United States District Court only handles civil rights. Hence, I would like to file the above-captioned case under "other civil rights." I would like to request a motion for reconsideration because you dismissed the above-captioned case for improper jurisdiction. I have noted January 21, 2005 on your motion calendar.

Your Honor, UHaul of Massachusetts barred me from my storage space on January 7, 2004. Both Julie and Lorenzo told me that I was paid till April 2004 via my Capital One credit card. Additionally, I sent them a money order from Fleet Bank. They told me that they did not receive it until three weeks later. I was treated as a second-class citizen. Furthermore, I was humiliated in the presence of many UHaul customers when Julie and Lorenzo barred me from my storage space and said, "You know that you don't have money. How did that happen?" In doing so, both Julie and Lorenzo violated my civil rights. Additionally, they preyed upon my disability. In August 2004, Julie telephoned me all the way from Massachusetts to misrepresent another fact when she ordered me to take the lock of my storage space. On July 14, 2004, Ken Josiah had cleared the storage space. He took the lock with him. Afterwards, I verified it with UHaul employee (Rhonda or Wanda). As a matter of fact, I asked Rhonda about a refund. I paid till July 27, 2004. Rhonda had instructed me to telephone Julie. I declined citing bad business relationship. Julie had no basis to telephone me. It was an unlawful harassment call. She violated business ethics as well as my civil rights. Her telephone call increased the intensity of my disability I fell several times. According to the Civil Rights Act 1964, under 42 USC 2000 and American Disability Act 12101 et seq. under 42 USC 12188, UHaul of Massachusetts is in violation. Therefore, I would like to classify this lawsuit under "other civil rights" under the Civil rights in the U. S. District Court Cover sheet.

Your Honor, I sent more than two court documents to the attention of Marie Bell and Richard Nici via first class US mail and certificate of mailing. I indicated my return address. I noted on your calendar January 21, 2005 for you to consider the supplement complaint. However, none of the court documents made their way to the court. None of them was returned to me. Hence, I am sending this court document via certified mail to ensure delivery. I am still in dire financial need. On December 25, 2004, I relocated to Las Vegas, Nevada in pursuit of accounting jobs, a stress-free environment, and law school. I have registered with four accounting agencies. I have not yet found either a temporary or permanent assignment. On January 14, 2005, I applied to University of Nevada, Las Vegas school of law (William Boyd). In April 2005, they will respond. Most importantly, my blood pressure has returned to normal since leaving Washington. I underwent emotional distress and economic hardship in Washington.

Again, I have noted February 4, 2005 on your calendar. I received a letter from you advising me to prove the jurisdiction of this court. Again, Bank of America violated both the American Disability Act 12101 et seq. and Civil Rights Act 1964. I have reclassified it as "Other Civil Rights."

Again, thank you, Your Honor. I pray that you would issue me the summons to serve UHaul of Massachusetts for violating my civil rights.

S/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

AMANDA U. AJULUCHUKU
4240 BOULDER HWY. #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM

FILED
IN CLERKS OFFICE

2005 JAN 27 P 2: 06

U.S. DISTRICT COURT
DISTRICT OF MASS

SCANNED

DATE: 2/1/05

BY: DH

In the United States District Court of Massachusetts
John Moakley Courtroom, Suite 2300
1 Courthouse Way
Boston, MA 02210

| AMANDA U. AJULUCHUKU,<br><br>Vs.                    Plaintiff,<br><br>Bank of America, Defendant | No: 1:04-CV-12585WGY<br>**MOTION**<br>Renoting on Motion Calendar<br>February 4, 2005<br>Discrimination based upon disability,<br>Classified as "Other Civil Rights on the<br>U.S. District Court Cover Sheet<br>Violation of the American Disability Act<br>12101 et seq. and Civil Rights Act 1964 |
|---|---|

To the Clerk of the Court


Amanda U. Ajuluchuku
4240 Boulder Hwy.
Las Vegas, NV 89121
Phone (702) 505-5745

January 18, 2005

Dear Chief Judge Young:

    I would like to supplement the complaint because I am now realizing that the United States District Court only handles lawsuits pertaining to violation of the Civil Rights Acts. In 2003 Bank of America froze and closed my accounts without my permission several times. I was deprived of food, especially on December 25, 2003 (Christmas). Boston was very cold. Additionally, they misplaced my check. As a matter of fact, they refunded me the money only to put a dent in my credit report.

Consequently, I will not be able to open an account with any bank in America until the Court orders them to stop their discriminatory practices. Hence, Bank of America has violated my civil rights (Civil Rights Act 1964 under 42 USC 2000 and the American Disability Act 12101 et seq. under 42 USC 12188). They preyed upon my disability. They are aware of my disability. I walk with a supporting device.

Your Honor, I sent more than two court documents to the attention of Marie Bell and Richard Nici via first class US mail and certificate of mailing. I indicated my return address. I noted on your calendar January 21, 2005 for you to consider the supplement complaint. However, none of the court documents made their way to the court. None of them was returned to me. Hence, I am sending this court document via certified mail to ensure delivery. I am still in dire financial need. On December 25, 2004, I relocated to Las Vegas, Nevada in pursuit of accounting jobs, a stress-free environment, and law school. I have registered with four accounting agencies. I have not yet found either a temporary or permanent assignment. On January 14, 2005, I applied to University of Nevada, Las Vegas school of law (William Boyd). In April 2005, they will respond. Most importantly, my blood pressure has returned to normal since leaving Washington. I underwent emotional distress and economic hardship in Washington.

Again, I have noted February 4, 2005 on your calendar. I received a letter from you advising me to prove the jurisdiction of this court. Again, Bank of America violated both the American Disability Act 12101 et seq. and Civil Rights Act 1964. I have reclassified it as "Other Civil Rights."

Thank you, Your Honor. I pray that you would issue the summons to serve Bank of America for violating my civil rights.

s/Amanda U. Ajuluchuku
Amanda U. Ajuluchuku (Pro Se)

AMANDA U. AJULUCHUKU
4240 BOULDER HWY. #3204
LAS VEGAS, NV 89121
AMANDAAJULUCHUKU@YAHOO.COM