FILED
CLERKS OFFICE
2005 FEB 28 P 1:46
U.S. DISTRICT COURT
DISTRICT OF MASS.

## In the United States District Court of Massachusetts

| | |
|---|---|
| AMANDA U. AJULUCHUKU,<br>Plaintiff,<br>vs.<br>Bank of America, Uhaul of Massachusetts,<br>& University of Massachusetts<br>Defendants, | No. CV04-CV04-12585WGY, CV04-12542WGY, CV04-12473DPW<br>**CHANGE OF ADDRESS**<br>**NEW PERMANENT MAILING ADRESS**<br>Amanda U. Ajuluchuku<br>Post Office Box 71983<br>LAS VEGAS, NV 89170 |

To the Clerk of the Court

Amanda U. Ajuluchuku
P.O. Box 71983
Las Vegas, NV 89170
Phone (702) 505-5745

February 14, 2005

    As of February 14, 2005, my new mailing address is listed above. Please send all correspondence to the above-listed mailing address. My telephone number will remain the same as in (702) 505-5745.

    Thank you for your cooperation in this matter.

Sincerely,

Amanda U. Ajuluchuku (Pro se)