UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMANDA U. AJULUCHUKU,
          Plaintiff,

                                         C.A. No. 04-12473-DPW

    v.

UNIVERSITY OF MASSACHUSETTS,
          Defendant.

## MEMORANDUM AND ORDER

WOODLOCK, D.J.

    For the reasons stated herein, this action is dismissed in its entirety.

### BACKGROUND

    On November 29, 2004 Plaintiff Amanda Ajuluchuku filed a *pro se* complaint alleging personal injury and discrimination claims based on color and disability, as well as breach of contract, against the University of Massachusetts ("U-Mass"), as a result of the alleged actions of William Mitchell, the Associate Vice Chancellor of Finance and John Wischler, Director of Housing and Residential Life.  The underlying dispute stemmed from the denial of financial aid for her schooling, which Plaintiff asserted led to her inability to attend classes, the cancellation of her meal plan for lack of payment, and her eviction from the dormitory.  This, in turn, resulted in joblessness, homelessness and aggravated health problems.

    On February 4, 2005,  Plaintiff made further filings relating to this dispute, which this Court deemed to be an Amended Complaint, by Order of Chief Judge Young, dated March 7, 2005 (See docket #12).   The Amended Complaint was found to be substantially identical to the original Complaint, with a few minor alterations and allegations.

    On March 11, 2005, this Court entered a Memorandum and Order (#14) directing Plaintiff to show cause within thirty-five (35) days of the date of the Memorandum and Order

why this action should not be dismissed for the reasons stated therein.  To date, Plaintiff has failed to respond to that Memorandum and Order, and the time period for doing so has expired.

ACCORDINGLY, for the reasons stated in the March 11, 2005 Memorandum and Order, and for failure of Plaintiff to show cause as directed, why this action should not be dismissed, it is hereby ORDERED this action is DISMISSED in its entirety.

SO ORDERED.

DATED: April 27, 2005

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE