UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMANDA U. AJULUCHUKU,
    Plaintiff,

C.A. No. 04-12473-DPW

v.

UNIVERSITY OF MASSACHUSETTS,
    Defendant.

## ORDER FOR DISMISSAL

WOODLOCK, D.J.

    In accordance with the Memorandum and Order dated April 27, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that this action is dismissed in its entirety and the case shall be terminated from the docket as a pending case.

By the Court

/s/ Michelle Rynne
DATED: April 27, 2005    Deputy Clerk